UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
WILLIAM B. BEATTIE, III

Case No.: 23-10533  
Chapter: 7  
Judge: CMG

**NOTICE OF PROPOSED ABANDONMENT**

_____Nancy Isaacson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __March 28, 2023__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 2202 Hill Avenue<br>Wall, NJ<br>Value - $432,000.00 (1/2 interest) |
|---|---|

| Liens on property: | SPS - $425,000.00<br>SPS - $25,000.00 |
|---|---|

| Amount of equity claimed as exempt: | $0 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Nancy Isaacson, Chapter 7 Trustee  
Address: 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701  
Telephone No.: (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
William B. Beattie, III.  
    Debtor

Case No. 23-10533-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Feb 22, 2023      Form ID: pdf905      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William B. Beattie, III., 2202 Hill Avenue, Wall, NJ 07719-4026 |
| 519817998 | + | Ragan & Ragan PC., 3100 Route 138 West, Belmar, NJ 07719-9021 |
| 519817999 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 519818000 | | Raymour & Flanigan, Td Rcs, Columbia, SC 29202 |
| 519818002 | | Velocity Investments, LLC, 1800 NJ 34, #404a, Wall Township, NJ 07719 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519817977 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2023 20:52:16 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519817979 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2023 20:52:43 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519817983 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Feb 22 2023 20:49:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 519817984 | ^ | MEBN | Feb 22 2023 20:47:09 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 519817985 | ^ | MEBN | Feb 22 2023 20:46:24 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 519818003 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2023 20:52:14 | Chase Bank, 270 Park Avenue, New York, NY 10017 |
| 519817982 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2023 20:52:41 | Chase Auto Finance, 900 Stewart Ave, Garden City, NY 11530 |
| 519817981 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2023 20:52:41 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 519817986 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 22 2023 20:48:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519817987 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 22 2023 20:48:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519817988 | + | Email/Text: BKNotice@ldvlaw.com | Feb 22 2023 20:48:00 | Lyons Doughty Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519817989 | + | Email/Text: BKNotice@ldvlaw.com | Feb 22 2023 20:48:00 | Lyons Doughy & Veldhuis, 136 Gaither Drive, Suite 100, PO BOX 1269, Mount Laurel, NJ 08054-7269 |
| 519817991 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 22 2023 20:48:00 | Marcus by Goldman Sachs, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519817990 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 22 2023 20:48:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519817992 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 22 2023 20:49:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519817993 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 22 2023 20:49:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 519817996 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2023 21:04:21 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519817994 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2023 21:04:22 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519818004 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 22 2023 20:49:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519818001 | | Email/Text: DASPUBREC@transunion.com | Feb 22 2023 20:48:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519817978 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519817980 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519817997 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519817995 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519818005 | * | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf905 | Total Noticed: 27 |

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor William B. Beattie III. imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Nancy Isaacson | nisaacson@greenbaumlaw.com isaacson@remote7solutions.com;J101@ecfcbis.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4