Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

>Case No.: 23−10533−CMG
>Chapter: 7
>Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William B. Beattie III.
   2202 Hill Avenue
   Wall, NJ 07719−4026

Social Security No.:
   xxx−xx−3180

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

2202 Hill Avenue, Wall, NJ.

Dated: March 22, 2023
JAN: pbf

>Jeanne Naughton
>Clerk