| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | William B. Beattie III.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3180<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   23–10533–CMG | | |

## Order of Discharge                                                         12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William B. Beattie III.

4/25/23

**By the court:**   Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
**William B. Beattie, III.**  
    Debtor

Case No. 23-10533-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Apr 25, 2023 | Form ID: 318 | Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William B. Beattie, III., 2202 Hill Avenue, Wall, NJ 07719-4026 |
| 519817998 | + | Ragan & Ragan PC., 3100 Route 138 West, Belmar, NJ 07719-9021 |
| 519817999 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 519818000 | | Raymour & Flanigan, Td Rcs, Columbia, SC 29202 |
| 519818002 | | Velocity Investments, LLC, 1800 NJ 34, #404a, Wall Township, NJ 07719 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 25 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 25 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519887002 | + | EDI: BASSASSOC.COM | Apr 26 2023 00:37:00 | ACCELERATED INVENTORY MGT, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519817977 | + | EDI: CAPITALONE.COM | Apr 26 2023 00:37:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519817979 | + | EDI: CAPITALONE.COM | Apr 26 2023 00:37:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519817983 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Apr 25 2023 20:52:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 519817984 | ^ | MEBN | Apr 25 2023 20:45:28 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 519817985 | ^ | MEBN | Apr 25 2023 20:46:02 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 519817981 | | EDI: JPMORGANCHASE | Apr 26 2023 00:37:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 519818003 | | EDI: JPMORGANCHASE | Apr 26 2023 00:37:00 | Chase Bank, 270 Park Avenue, New York, NY 10017 |
| 519817982 | | EDI: JPMORGANCHASE | Apr 26 2023 00:37:00 | Chase Auto Finance, 900 Stewart Ave, Garden City, NY 11530 |
| 519817986 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 25 2023 20:51:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519817987 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 25 2023 20:51:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: 318 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | 53201-3115 |
| 519817988 | + | Email/Text: BKNotice@ldvlaw.com | Apr 25 2023 20:52:00 | Lyons Doughty Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 519817989 | + | Email/Text: BKNotice@ldvlaw.com | Apr 25 2023 20:52:00 | Lyons Doughy & Veldhuis, 136 Gaither Drive, Suite 100, PO BOX 1269, Mount Laurel, NJ 08054-7269 |
| 519817991 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 25 2023 20:52:00 | Marcus by Goldman Sachs, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519817990 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 25 2023 20:52:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519817992 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2023 20:52:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519817993 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2023 20:52:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 519817996 | | EDI: PRA.COM | Apr 26 2023 00:37:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519817994 | | EDI: PRA.COM | Apr 26 2023 00:37:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519818004 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2023 20:52:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519818001 | | Email/Text: DASPUBREC@transunion.com | Apr 25 2023 20:51:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519817978 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519817980 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519817997 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519817995 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519818005 | * | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2023          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor William B. Beattie III. imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Nancy Isaacson | nisaacson@greenbaumlaw.com isaacson@remote7solutions.com;J101@ecfcbis.com |
| Roger Fay | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for FirstKey Master Funding 2021-A Collateral Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5